IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 13 C 1622 |
| SECURITY INDUSTRIES, INC., an Indiana corporation, and DANNY S. JONES, an individual, | ) ) ) ) | JUDGE JOHN W. DARRAH |
| Defendants. | ) | |

**PLAINTIFFS UNOPPOSED MOTION FOR ATTORNEYS' FEES**

Plaintiffs, IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, by and through

their attorneys, hereby file their Unopposed Motion for Attorneys' Fees pursuant to Local Rule 54.3.

In support of said Motion, Plaintiffs state as follows:

1.      On February 12, 2014, the Court entered its Memorandum Opinion and Order

Granting Plaintiffs' Motion for Summary Judgment against both Defendants (Docket # 30).  In its

Order, the Court granted Plaintiffs leave to file a motion supporting their request for attorneys' fees

against Defendant, Security Industries, Inc.

2.      Because the Court granted Plaintiffs' motion for summary judgment, they are entitled

to an award of their reasonable attorneys fees against Defendant, Security Industries, Inc., pursuant

to 29 U.S.C. §1132(g)(2).  See, Moriarty v. Svec, 429 F.3d 710, 717 (7th Cir. 2005) (noting that the

fee award is mandatory to a prevailing plaintiff under Section 1132(g)(2)).

3. On February 13, 2014, Plaintiffs sent a letter to Defendants' counsel with information required by Local Rule 54.3(d) in support of their request for fees in the total amount of $14,525.25.

4. That same day, Defendants' counsel indicated that Defendants had no objection to the amount of fees Plaintiffs were seeking.

Wherefore, as the amount of fees Plaintiffs are seeking is unopposed by Defendants, Plaintiffs respectfully request an order awarding them their reasonable attorneys fees in the total amount of $14,525.25, to be included in the judgment against to Defendant, Security Industries, Inc., only.

Respectfully submitted,

/s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
Email: pryan@baumsigman.com

I:\MIDJ\Security Industries\motion for attys' fees.pnr.kp.wpd

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that on or before the hour of 5:00 p.m. this 20th day of February 2014 he electronically filed the foregoing document (Motion for Attorneys' Fees) with the Clerk of Court using the CM/ECF system, which will send notification to the following CM/ECF participant:

Mr. Frederick L. Carpenter
Daniel L. Freeland & Assoc., P.C.
9105 Indianapolis Blvd.
Highland, IN   46322
Email: fcarpenter@dfreeland.com

/s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
Email: pryan@baumsigman.com

I:\MIDJ\Security Industries\motion for attys' fees.pnr.kp.wpd